■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER MOUSTAKOS, Appellant. [631 NYS2d 530] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered March 22, 1993, convicting him of murder in the second degree and burglary in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to prove the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

Further, the defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Mangano, P. J., Joy, Krausman and Florio, JJ., concur.